**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                                  **CASE NO.:  2:13-cr-132**
                                                **JUDGE SMITH**
                                                **MAGISTRATE JUDGE DEAVERS**

**CHARLES H. MORRISON,**

        **Defendant.**

**ORDER**

On September 26, 2013, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Morrison's guilty plea to the Indictment charging him in Count One with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2); in Count Two with possession of three stolen firearms, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2); in Count Three with possession of three firearms with obliterated serial numbers in violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B); and in Count Four with unlawful burglary of a licensed firearms dealer, in violation of 18 U.S.C. § 922(u) and 924(a)(1)(D).  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant

to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Counts One, Two, Three, and Four of the Indictment. Defendant is hereby adjudged guilty of these charges.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**